UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                         CASE No. 14-19037-BKC-LMI
                                                                                                    Chapter 13
LAURA VAN DER VEEN
    Debtor
_____/

**DEBTOR'S MOTION TO MODIFY SEVENTH AMENDED CHAPTER 13 PLAN** *and*
*Certificate of Service of the Motion and the Court Generated Notice of Hearing*

The Debtor, Laura Van Der Veen by and through the undersigned counsel moves this honorable court for an order allowing Debtor to modify the Seventh Amended Chapter 13 Plan and confirming the First Modified Chapter 13 Plan, a copy of the First Modified Chapter 13 Plan will be filed prior to the scheduled hearing on the matter. In support thereof the Debtor states the following:

1. Debtor filed for bankruptcy protection on 4/21/2014.
2. The Seventh Amended Chapter 13 Plan was confirmed on 2/3/2015.
3. Debtor(s) has paid in approximately $63,429.04 toward their Chapter 13 Plan.
4. Debtor's plan includes payments to secured creditor Ocwen Loan Servicing, Debtor's mortgage ("the Mortgage").
5. The Debtor is modifying in order to remove Ocwen Loan Servicing as the loan modification mitigation ("MMM") has been denied
6. The granting of this motion would not prejudice any creditor.

**WHEREFORE** the Debtor requests that this court enter an order allowing debtor to modify the Seventh Amended Chapter 13 Plan and confirming the First Modified Chapter 13 Plan.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

Dated this 10th day of April 2018.

                                                        Respectfully submitted,
                                                        Miller & Funcia, P.A.
                                                        9555 N. Kendall Drive, Suite 211
                                                        Miami, Florida 33176
                                                        Phone: 305-274-2922
                                                        Fax:    305-722-3656
                                                        millerfunciapa@bellsouth.net
                                                        /s/_____
                                                        Joshua S. Miller, Esq. FBN 64191

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

      I certify that a true copy of the foregoing motion, Chapter 13 plan and a true copy of the Notice of Hearing of the foregoing motion, subsequently generated by the court after the filing of the foregoing motion, will be served electronically by the court as set forth below and via regular US Mail to all creditors as set forth below on the 28th day of March, 2018.

*Electronically*

*Rachel L Ahlum on behalf of Creditor Ditech Financial LLC*
*ecfflsb@aldridgepite.com, rahlum@ecf.inforuptcy.com*

*Alice A Blanco on behalf of Creditor Ocwen Loan Servicing, LLC.*
*ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com*

*David E. Hicks, Esq. on behalf of Creditor New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing*
*tbyington@kelleykronenberg.com*

*Brandi Rainey Lesesne, Esq. on behalf of Creditor Ocwen Loan Servicing, LLC.*
*ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com*

*Joshua S Miller, Esq on behalf of Debtor Laura L. van der Veen*
*millerfunciaecf@gmail.com, millerandfunciapa@ecf.inforuptcy.com*

*Nancy K. Neidich*
*e2c8f01@ch13miami.com, ecf2@ch13miami.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Steven G. Powrozek, Esq. on behalf of Creditor Ditech Financial LLC.*
*spowrozek@logs.com, electronicbankruptcynotices@logs.com*

*John Rafferty on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC*
*john.rafferty@bonialpc.com*

*Via First Class Mail*

To all other interested parties on the attached service list - Matrix

      I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing, if appropriate for the foregoing motion.

      Dated this 28th day of March, 2018.

                                                Respectfully submitted,
                                                Miller & Funcia, P.A.
                                                9555 N. Kendall Drive, Suite 211
                                                Miami, Florida 33176
                                                Phone: 305-274-2922
                                                Fax:     305-722-3656
                                                millerfunciapa@bellsouth.net
                                                /s/_____
                                                Joshua S. Miller, Esq. FBN 64191